**Fill in this information to identify the case:**

Debtor name: Claremont Restaurant Group LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS VICTORIA DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Blue Cross Blue Shield<br>PO Box 580086<br>Charlotte, NC 28258 | | | | | | $46,016.52 |
| Blusky<br>9110 East Nichols Ave, Ste 180<br>Englewood, CO 80112 | | | | | | $100,000.00 |
| Brevard Food Systems<br>100 Lowe Dr<br>Waynesville, NC 28786 | | unpaid rent | | | | $67,600.00 |
| C&M FLP<br>180 Golden Bear Lane<br>Winston Salem, NC 27102 | | unpaid rent | | | | $38,295.36 |
| CFR Foods, Inc.<br>180 Golden Bear Lane<br>Clemmons, NC 27012 | | unpaid rent | | | | $76,590.72 |
| Duke Energy<br>PO Box 1003<br>Charlotte, NC 28201-1003 | | | | | | $61,177.81 |
| Ecolab Institutional -Dish<br>P.O. Box 32027<br>New York, NY 10087 | | | | | | $40,707.17 |
| FRAGMAC LLC<br>560 Knob View Dr.<br>Winston Salem, NC 27104 | | unpaid rent | | | | $38,958.35 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor  **Claremont Restaurant Group LLC**  
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Henard, Phillip<br>142 Old State Hwy 70<br>Rogersville, TN 37857 | | unpaid rent | | | | $44,280.00 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | Unliquidated | | | Unknown |
| Kentucky Dept. Revenue, Sales Tax Station 67<br>PO Box 181<br>Frankfort, KY 40602 | | | Unliquidated | | | Unknown |
| L&M Ventures<br>PO Box 33<br>Middlesboro, KY 40965 | | unpaid rent | | | | $38,845.00 |
| Merchants Food Service<br>PO Box 1351<br>Hattiesburg, MS 39403 | | | | | | $324,647.59 |
| North Carolina Department of Revenue<br>PO Box 25000<br>Raleigh, NC 27640 | | | Unliquidated | | | Unknown |
| QE Downtown Investments, LLC<br>168 Patton Ave<br>Asheville, NC 28801 | | unpaid rent | | | | $102,534.73 |
| Signart<br>PO Box 560648<br>Charlotte, NC 28256 | | | | | | $32,404.95 |
| Spectrum Hospitality, LLC<br>1305 S. Collegiate Dr.<br>Wilkesboro, NC 28697 | | unpaid rent | | | | $31,200.00 |
| Tennessee Department of Revenue<br>500 Deaderick Street<br>Nashville, TN 37242 | | | Unliquidated | | | Unknown |

Case 22-60012   Document 2   Filed in TXSB on 03/08/22   Page 3 of 3

Debtor  **Claremont Restaurant Group LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Travellers CL Remittance Center PO Box 660317 Dallas, TX 75266** | | | | | | **$34,197.22** |
| **TX Stk Good Steward Properties LLC 105 Coventry Wynd Rd. Kingsport, TN 37664** | | | | | | **$43,156.15** |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 3

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy